UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

IN THE MATTER OF THE ISSUANCE
OF A CRIMINAL COMPLAINT FOR        CASE NO. 5:23-mj-1278-PRL
BRETT BALDWIN.

## IN CAMERA

## MOTION TO SEAL COMPLAINT AND RELATED DOCUMENTS

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully moves this Court to seal the (1) Affidavit for Complaint, (2) Complaint, (3) Arrest Warrant, (4) this Motion to Seal, and (5) any other documents filed in this case that would identify the defendant.

Disclosure of the contents of the affidavit may cause the subject to flee, destroy evidence, and disclose facts which jeopardize an ongoing criminal investigation.

The United States further requests that the Court's Order direct the United States Marshals Service to release certified copies of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office, upon verbal request of the United States Attorney's Office to the United States Marshals Service, without further order of the Court.

The United States further requests that the Court's Order direct the United States Marshals Service or other appropriate law enforcement agency to enter the

arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database, without further order of the Court.

The United States further requests that the Court's Order allow the United States to disclose the existence of the Complaint in any subsequent search and/or seizure warrants which may be executed in conjunction with the arrest of the defendant.

The United States further moves that the Court direct the Clerk to unseal the documents described herein without further order when the defendant is taken into custody.

WHEREFORE, the United States respectfully moves the Court to seal (1) Affidavit for Complaint, (2) Complaint, (3) Arrest Warrant, (4) this Motion to Seal, and (5) any other documents filed in this case that would identify the defendant.

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By: *Sarah Swartzberg*
    Sarah Janette Swartzberg
    Assistant United States Attorney
    Florida Bar No.:   1024847
    35 SE 1st Avenue, Suite 300
    Ocala, Florida 34471
    Telephone:   (352) 547-3600
    Facsimile:   (352) 547-3623
    E-mail:   sarah.swartzberg@usdoj.gov