AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Brett Baldwin | ) Case No. 5:23-mj-1278-PRL |
| | ) |
| | ) **SEALED** |
| | ) |
| Defendant | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Brett Baldwin,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of Child Pornography, in violation of 18 U.S.C. Sec. 2252A(a)(5)(B) and (b)(2).

Date: December 12, 2023

*Issuing officer's signature*

City and state:   Ocala, Florida

U.S. Magistrate Judge Philip R. Lammens
*Printed name and title*

### Return

This warrant was received on (date) 12/12/2023, and the person was arrested on (date) 12/14/23
at (city and state) Ocala, FL.

Date: 12/14/23

*Arresting officer's signature*

Pillin for HSI
*Printed name and title*